UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| COOPER, LENOR ) | Case No. 04-06817-ERW | |
| COOPER, GRACIE D ) | | |
| Debtor(s). ) | Hon. EUGENE R. WEDOFF | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **June 24, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $243,009.81 |
    | Disbursements | $149,028.58 |
    | Net Cash Available for Distribution | $93,981.23 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| N. Neville Reid<br>*Trustee Compensation* | $0.00 | $9,568.17 | $0.00 |
| ANDREW J. MAXWELL<br>*Attorney for Trustee* | $0.00 | $8,946.50 | $89.10 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |

**NONE**

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |

**NONE**

7. Claims of general unsecured creditors totaling $22,478.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 1.2300% interest.

Allowed general unsecured claims are as follows:

|  | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | City Of Chicago Bureau Of Parking | $1,650.00 | $1,741.91 |
|  | GE Auto Financial Services | $15,265.00 | $16,115.32 |
|  | Wells Fargo Financial Acceptance | $5,563.80 | $5,873.73 |
| Back To Debtor (Surplus) | Cooper, Lenor[1] | $51,646.50 | $51,646.50 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk for the U.S. Bankruptcy, Court for the Northern District of Illinois, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

---

[1] The Debtors also received an interim distribution of $65,000.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH | $110.00 |
| HOUSEHOLD FURNISH. | $2,500.00 |
| BOOKS, PICTURES, CDs | $200.00 |
| WEARING APPAREL | $500.00 |
| JEWELRY | $300.00 |
| Workers Comp. Claim | $0.00 |

Dated: **May 29, 2008**                                                    For the Court,

By:   **KENNETH S. GARDNER**
       Clerk for the U.S. Bankruptcy
       Court for the Northern District
       of Illinois

Trustee:       N. Neville Reid, as Trustee
Address:      71 South Wacker Drive
                    Chicago, IL  60606-4637
Phone No.:  (312) 701-7934

## SERVICE LIST

**LENOR COOPER & GRACIE D. COOPER**
**04 B 06817**

N. Neville Reid
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6817    Doc 27    Filed 05/29/08    Entered 05/31/08 23:53:02    Desc Imaged
Certificate of Service    Page 5 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: May 29, 2008
Case: 04-06817                Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on May 31, 2008.
 db          +Lenor Cooper,    818 North Drake,    Chicago, IL 60651-4048
 jdb         +Gracie D Cooper,    818 North Drake,    Chicago, IL 60651-4048
 aty         +Vikram R Barad,    Maxwell & Potts, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
 aty         +Xiaoming Wu,    Ledford & Wu,    200 S Michigan Ave Ste 209,    Chicago, IL 60604-2406
 tr           N. Neville Reid,    Mayer Brown LLP,    71 South Wacker Drive,    Suite 3200,
               Chicago, IL 60606-4637
7795744      +American General Finance,    20 N. Clark St., Ste. 2600,    Chicago, IL 60602-5106
7795745       Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
7795746       Capital One,    PO Box 85167,    Richmond, VA 23285-5167
7795747      +City of Chicago Bureau Parking,    333 S. State St., Rm. 540,    Chicago, IL 60604-3951
7795749      +Cross Country Bank,    PO Box 15371,    Wilmington, DE 19850-5371
7795750      +FCNB,   9310 SW Gemini Dr.,    Beaverton, OR 97078-0001
10993672      GE Auto Financial Services,    75 Remittance Drive Suite 3073,    Chicago, IL 60675-3073
7795751      +GE Capital Auto Finance,    Box 310,    Barrington, IL 60011-0310
7795752     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7795753      +John F. Torres, Atty.,    4336 Saratoga Avenue, Suite 201,    Downers Grove, IL 60515-2874
7795754      +Midland Fin. Co. of Illinois,    7300-I N. Western Ave.,    Chicago, IL 60645-1833
7795755      +People's Gas,    Attn: Special Projects,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
7795756      +Rush Presbyterian St. Lukes,    1653 W. Congress Parkway,    Chicago, IL 60612-3864
7795757       Sears,    PO Box 182532,    Columbus, OH 43218-2532
7795758      +Sears,    Sears RCCOC 8602,    PO Box 3671,    Des Moines, IA 50323-0671
7795759      +Spiegel,    Card Processing Center,    PO Box 5811,    Hicksville, NY 11802-5811
7795760      +St. Elizabeth's Hospital,    1431 N. Claremont Ave.,    Chicago, IL 60622-1791
7795761      +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
8990945      +Wells Fargo Financial Acceptance,    PO Box 28724,    Kansas, City MO 64188-8724
7795762       Wells Fargo Financial Acceptance,    8600 W. 159th Street, Suite 11,    Orland Park, IL 60462-5364

The following entities were served by electronic transmission on May 30, 2008.
7795748      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
               Commonwealth Edison & Co.,    System Credit / Bankruptcy Dept.,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 31, 2008**           **Signature:** *Joseph Speetjens*