**Exhibit A: Trustee Time Record**

# TRUSTEE TIME RECORD
### Entries Through 07/18/08

Date: 07/18/08  **COOPER, LENOR (04-06817)**  Trustee: 336600

| Date | Hours | Rate | Total | Description / Notes | User/Role |
|---|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | | |
| 10/27/06 | 0.50 | 210.0000 | 105.00 | Locate information regarding cutting checks. | RITA Paralegal |
| 10/30/06 | 1.50 | 210.0000 | 315.00 | Review file and meeting regarding cutting checks per court order and TCMS issues regarding same. | RITA Paralegal |
| 04/16/07 | 4.20 | 210.0000 | 882.00 | Gather documentation regarding preparation of Final report; review claims and various investigory work to verify same. | RITA Paralegal |
| 04/16/07 | 0.80 | 210.0000 | 168.00 | Telephone call with Gracie Cooper regarding case status and office call with P. Tucker regarding same; review case docket and TCMS file regarding same. | RITA Paralegal |
| 04/18/07 | 3.00 | 210.0000 | 630.00 | Review file regarding final report preparation and telephone calls to claimants regarding documentation needed for proof of claims and make editions to draft of report. | RITA Paralegal |
| 05/31/07 | 0.30 | 210.0000 | 63.00 | Review file; return phone call and call Wells Fargo regarding accounting claim. | RITA Paralegal |
| 06/07/07 | 0.20 | 210.0000 | 42.00 | Telephone call to Lenor Cooper. | RITA Paralegal |
| 07/20/07 | 2.00 | 210.0000 | 420.00 | Edits and computations to final report. | RITA Paralegal |
| 08/16/07 | 0.30 | 210.0000 | 63.00 | Status update with A. Maxwell. | RITA Paralegal |
| 10/04/07 | 0.50 | 225.0000 | 112.50 | Follow-up regarding outstanding issues. | RITA Paralegal |
| 11/02/07 | 0.30 | 225.0000 | 67.50 | Follow-up email and telephone call regarding status. | RITA Paralegal |
| 01/04/08 | 0.30 | 300.0000 | 90.00 | Prepare motion to hire tax accountant. | OTT Associate |
| 01/08/08 | 1.00 | 300.0000 | 300.00 | Coordinate with L. West regarding Cooper case. | OTT Associate |
| 01/09/08 | 1.00 | 300.0000 | 300.00 | Coordinate with L. West regarding Cooper case. | OTT Associate |
| 01/11/08 | 2.00 | 675.0000 | 1,350.00 | Resolve issues with interim distribution; send letter and check to Lenor and Gracie Cooper. | NEVILLE Partner |
| 01/18/08 | 0.50 | 675.0000 | 337.50 | Discuss case with Peggy Tucker. | NEVILLE Partner |
| 02/01/08 | 0.50 | 675.0000 | 337.50 | Review file. | NEVILLE Partner |
| 02/20/08 | 0.80 | 245.0000 | 196.00 | Review, summarize claims; follow-up with N. Reid regarding same. | AC Paralegal |
| 02/26/08 | 0.30 | 300.0000 | 90.00 | Coordinate with N. Reid regarding case status. | OTT Associate |
| 03/18/08 | 0.50 | 300.0000 | 150.00 | Prepare for status hearing. | OTT Associate |
| 03/19/08 | 0.20 | 300.0000 | 60.00 | Prepare for and attend status hearing. | OTT |

Page 1

TIMEAMTS  Printed: 07/18/08 10:33 AM   Ver: 14.03

# TRUSTEE TIME RECORD
### Entries Through 07/18/08

Date: 07/18/08  **COOPER, LENOR (04-06817)**  Trustee: 336600

| Date | Hours | Rate | Total | Description / Notes | User/Role |
|---|---|---|---|---|---|
| 04/23/08 | 0.50 | 245.0000 | 122.50 | Review, follow-up on final report. | AC<br>Associate<br>Paralegal |
| 04/24/08 | 0.50 | 245.0000 | 122.50 | Follow-up on final report. | AC<br>Paralegal |
| 04/30/08 | 0.50 | 675.0000 | 337.50 | Edit/revise final report. | NEVILLE<br>Partner |
| 05/01/08 | 0.50 | 245.0000 | 122.50 | Coordinate distribution of proposed final report. | AC<br>Paralegal |
| 05/14/08 | 1.00 | 675.0000 | 675.00 | Resolve issues and meeting regarding same. | NEVILLE<br>Partner |
| 05/19/08 | 3.00 | 245.0000 | 735.00 | Update final report; follow-up with UST office; coordinate filing. | AC<br>Paralegal |
| 05/19/08 | 0.50 | 675.0000 | 337.50 | Resolve miscellaneous trustee issues regarding final report. | NEVILLE<br>Partner |
| 05/27/08 | 0.30 | 245.0000 | 73.50 | Follow-up; forward notice to UST. | AC<br>Paralegal |
| 06/02/08 | 0.20 | 245.0000 | 49.00 | Follow up regarding status. | AC<br>Paralegal |
| 06/23/08 | 0.20 | 300.0000 | 60.00 | Prepare for Cooper final report hearing. | OTT<br>Associate |
| 06/24/08 | 1.60 | 300.0000 | 480.00 | Attend Cooper final report hearing; confer with M. Tucker. | OTT<br>Associate |
| | 29.50 | | 9,194.00 | **SubTotals For CASE ADMINISTRATION** | |
| | 29.50 | | 9,194.00 | **Case Totals** | |

TIMEAMTS                                                                                           Printed: 07/18/08 10:33 AM    Ver: 14.03

# TRUSTEE TIME RECORD
### Entries Through 07/18/08

Date: 07/18/08  **COOPER, LENOR (04-06817)**  Trustee: 336600

## Summary Page

|  | Hours | Amount |
|---|---:|---:|
| CASE ADMINISTRATION | 29.50 | 9,194.00 |
| **Case Totals** | **29.50** | **9,194.00** |