# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:: 04-06817 -ERW
Case Name:: COOPER, LENOR
Taxpayer ID No:: \*\*\*\*\*\*\*\*1432
For Period Ending:: 09/24/08

Trustee Name:: N. Neville Reid
Bank Name:: BANK OF AMERICA, N.A.
Account Number / CD #:: \*\*\*\*\*\*\*6628 BofA - Money Market Account
Blanket Bond (per case limit):: $ 5,000,000.00
Separate Bond (if applicable)::

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/06 | 6 | Insured: Richard Daniel Transportation Payable through Wachovia Bank, N.A. Domestic Collections PO Box 41242 Jacksonville, FL 32203 | Personal Injury Settlement Deposit 15,000 paid to debtors for exemption. another 50,000 paid to debtor for exemption | 1142-000 | 240,000.00 | | 240,000.00 |
| 10/30/06 | 000301 | Lenor Cooper 818 North Drake Chicago, IL 60651 | Exemption Personal Injury Settlement Exemption pursuant to 735 ILCS5/12-1001(g)(4) | 8100-002 | | 7,500.00 | 232,500.00 |
| 10/30/06 | 000302 | Gracie D. Cooper 818 North Drake Chicago, IL 60651 | Exemption Personal Injury Settlement Exemption pursuant to 735 ILCS5/12-1001(g)(4) | 8100-002 | | 7,500.00 | 225,000.00 |
| 10/30/06 | 000303 | Theodore R. Cooke Thomas A. Morrissey Law Offices of Thomas A. Morrissey 102 W. Burlington, Suite 1 LaGrange, IL 60525 | Personal Injury Special Counsel Fee Personal Injury Debtor's special counsel | 3701-000 | | 80,000.00 | 145,000.00 |
| 10/30/06 | 000304 | Theodore R. Cooke Thomas A. Morrissey Law Offices of Thomas A. Morrissey 102 W. Burlington, Suite 1 LaGrange, IL 60525 | Special Counsel costs | 3702-000 | | 4,028.58 | 140,971.42 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 68.35 | | 141,039.77 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 212.22 | | 141,251.99 |

Page Subtotals 240,280.57 99,028.58

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No: 04-06817 -ERW
Case Name: COOPER, LENOR
COOPER, GRACIE D
Taxpayer ID No: *******1432
For Period Ending: 09/24/08

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6628  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 209.94 | | 141,461.93 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 210.26 | | 141,672.19 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 190.19 | | 141,862.38 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 210.85 | | 142,073.23 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 204.35 | | 142,277.58 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 211.47 | | 142,489.05 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 204.95 | | 142,694.00 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 212.09 | | 142,906.09 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 212.40 | | 143,118.49 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 205.85 | | 143,324.34 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 191.43 | | 143,515.77 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 141.55 | | 143,657.32 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 146.41 | | 143,803.73 |
| 01/11/08 | 000305 | LENOR AND GRACIE COOPER 818 N DRAKE AVE | Surplus to Debtor Surplus to Debtor | 8200-002 | | 50,000.00 | 93,803.73 |
| | | | Page Subtotals | | 2,551.74 | 50,000.00 | |

LFORM24  Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-06817 -ERW | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| Case Name: | COOPER, LENOR | | Trustee Name: | N. Neville Reid | | |
| | COOPER, GRACIE D | | Bank Name: | BANK OF AMERICA, N.A. | | |
| Taxpayer ID No: | *******1432 | | Account Number / CD #: | ******6628 BofA - Money Market Account | | |
| For Period Ending: | 09/24/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/08 | INT | BANK OF AMERICA, N.A. CHICAGO, IL 60651-4048 | Interest Rate 0.500 | 1270-000 | 104.11 | | 93,907.84 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 37.20 | | 93,945.04 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 36.19 | | 93,981.23 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 30.81 | | 94,012.04 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.90 | | 94,031.94 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.27 | | 94,051.21 |
| 07/23/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 14.13 | | 94,065.34 |
| t 07/23/08 | | Transfer to Acct #******6712 | Final Posting Transfer | 9999-000 | | 94,065.34 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 243,093.92 | 243,093.92 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 94,065.34 | |
| | | | Subtotal | | 243,093.92 | 149,028.58 | |
| | | | Less: Payments to Debtors | | | 65,000.00 | |
| | | | Net | | 243,093.92 | 84,028.58 | |

* Reversed
t Funds Transfer

Page Subtotals    261.61    94,065.34

LFORM24    Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 04-06817 -ERW
Case Name: COOPER, LENOR
COOPER, GRACIE D
Taxpayer ID No: *******1432
For Period Ending: 09/24/08

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6712 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/23/08 | | Transfer from Acct #*******6628 | Transfer In From MMA Account | 9999-000 | 94,065.34 | | 94,065.34 |
| 08/01/08 | 003001 | N. Neville Reid as Trustee<br>71 South Wacker Drive<br>CHICAGO, IL 60606-4637 | Chapter 7 Compensation/Fees | 2100-000 | | 9,194.00 | 84,871.34 |
| 08/01/08 | 003002 | Andrew J. Maxwell, Esq.<br>Maxwell & Potts, LLC<br>105 West Adams Street, Suite 3200<br>CHICAGO, IL 60603 | Claim 1, Payment 100.0000% | 3210-000 | | 8,946.50 | 75,924.84 |
| 08/01/08 | 003003 | Andrew J. Maxwell, Esq.<br>Maxwell & Potts, LLC<br>105 West Adams Street, Suite 3200<br>CHICAGO, IL 60603 | Claim 2, Payment 100.0000% | 3220-000 | | 89.10 | 75,835.74 |
| 08/01/08 | 003004 | City of Chicago Bureau of Parking<br>333 South State Street, Room 540<br>Chicago, IL 60604 | General Unsecured 726(a)(2) | | | 1,741.91 | 74,093.83 |
| 08/01/08 | 003005 | GE Auto Financial Services<br>75 Remittance Drive, Suite 3073<br>Chicago, IL 60675-3073 | General Unsecured 726(a)(2)<br>Claim 1,650.00<br>Interest 91.91 | 7100-000<br>7990-000 | | 16,115.32 | 74,093.83<br>57,978.51 |
| 08/01/08 | 003006 | Wells Fargo Financial Acceptance<br>P.O. Box 28724 | Claim 3, Payment 105.5705%<br>Claim 15,265.00<br>Interest 850.32 | 7100-000<br>7990-000 | | 5,873.73 | 57,978.51<br>57,978.51<br>52,104.78 |

Page Subtotals 94,065.34 41,960.56

LFORM24 Ver: 14.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 04-06817 -ERW | Trustee Name: | N. Neville Reid |
| Case Name: | COOPER, LENOR | Bank Name: | BANK OF AMERICA, N.A. |
| | COOPER, GRACIE D | Account Number / CD #: | *******6712 BofA - Checking Account |
| Taxpayer ID No: | *******1432 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/24/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | KAnsas City, MO 64188 | | | | | |
| 08/01/08 | 003007 | LENOR COOPER<br>818 N DRAKE AVE<br>CHICAGO, IL 60651-4048 | Surplus Funds<br>Claim 5,563.80<br>Interest 309.93 | 7100-000<br>7990-000 | | 52,104.78 | 52,104.78<br>52,104.78 |
| 08/01/08 | 003007 | LENOR COOPER<br>818 N DRAKE AVE<br>CHICAGO, IL 60651-4048 | Surplus Funds | 8200-003 | | 52,104.78 | 0.00 |
| 08/01/08 | 003008 | LENOR COOPER<br>818 N DRAKE AVE<br>CHICAGO, IL 60651-4048 | Surplus Funds | 8200-003 | | -52,104.78 | 52,104.78 |
| 08/01/08 | 003008 | LENOR AND GRACE COOPER<br>818 N DRAKE AVE<br>CHICAGO, IL 60651-4048 | Surplus Funds | 8200-002 | | 52,104.78 | 0.00 |

```
                                                COLUMN TOTALS                            94,065.34        94,065.34        0.00
                                         Less: Bank Transfers/CD's                       94,065.34             0.00
                                                Subtotal                                      0.00          94,065.34
                                         Less: Payments to Debtors                           0.00          52,104.78
                                                Net                                           0.00          41,960.56


                                                                                          NET              NET
                                        TOTAL - ALL ACCOUNTS                           NET DEPOSITS    DISBURSEMENTS   ACCOUNT BALANCE
                                        BofA - Money Market Account - ********6628      243,093.92       84,028.58         0.00
                                        BofA - Checking Account - ********6712               0.00        41,960.56         0.00
                                                                                        243,093.92       125,989.14         0.00
                                                                                      (Excludes Account (Excludes Payments Total Funds
                                                                                          Transfers)       To Debtors)     On Hand

                                        Page Subtotals                                    0.00           52,104.78
```